SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Jahant Food 'N' Fuel Stop,<br>Inc., et al,<br><br>　　　　Defendants | Case No. **2:12-cv-00902-GEB-KJN**<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL AUGUST 6, 2012 FOR DEFENDANTS JAHANT FOOD 'N' FUEL STOP, INC. INDIVIDUALLY AND D/B/A JAHANT FOOD 'N' FUEL STOP INC.; BACHITAR SINGH INDIVIDUALLY AND D/B/A JAHANT FOOD 'N' FUEL STOP; SULAKHAN SINGH INDIVIDUALLY AND D/B/A JAHANT FOOD 'N' FUEL STOP INC. TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Jahant Food 'N' Fuel Stop, Inc. Individually and d/b/a Jahant Food 'N' Fuel Stop Inc.; Bachitar Singh Individually and d/b/a Jahant Food 'N' Fuel Stop Inc.; Sulakhan Singh Individually and d/b/a Jahant Food 'N' Fuel Stop Inc., by and through their respective

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

attorneys of record, Scott N. Johnson; S. Dean Ruiz, stipulate as follows:

1. An extension of time has been previously obtained for Defendants Jahant Food 'N' Fuel Stop, Inc. Individually and d/b/a Jahant Food 'N' Fuel Stop Inc.; Bachitar Singh Individually and d/b/a Jahant Food 'N' Fuel Stop Inc.; Sulakhan Singh Individually and d/b/a Jahant Food 'N' Fuel Stop Inc. until July 6, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Jahant Food 'N' Fuel Stop, Inc. Individually and d/b/a Jahant Food 'N' Fuel Stop Inc.; Bachitar Singh Individually and d/b/a Jahant Food 'N' Fuel Stop Inc.; Sulakhan Singh Individually and d/b/a Jahant Food 'N' Fuel Stop Inc. are granted an extension until August 6, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Jahant Food 'N' Fuel Stop, Inc. Individually and d/b/a Jahant Food 'N' Fuel Stop Inc.; Bachitar Singh Individually and d/b/a Jahant Food 'N' Fuel Stop Inc.; Sulakhan Singh Individually and d/b/a Jahant Food 'N'

Fuel Stop Inc. response will be due no later than August 6, 2012.

IT IS SO STIPULATED effective as of July 9, 2012

Dated: July 10, 2012         /s/S. Dean Ruiz

S. Dean Ruiz,
Attorney for Defendants
Jahant Food 'N' Fuel Stop, Inc. Individually and d/b/a Jahant Food 'N' Fuel Stop Inc.; Bachitar Singh Individually and d/b/a Jahant Food 'N' Fuel Stop Inc.; Sulakhan Singh Individually and d/b/a Jahant Food 'N' Fuel Stop Inc.

Dated: July 9, 2012          /s/Scott N. Johnson

Scott N. Johnson,
Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

1   **IT IS SO ORDERED:** that Defendants Jahant Food 'N' Fuel
2   Stop, Inc. Individually and d/b/a Jahant Food 'N' Fuel Stop
3   Inc.; Bachitar Singh Individually and d/b/a Jahant Food 'N'
4   Fuel Stop Inc.; Sulakhan Singh Individually and d/b/a
5   Jahant Food 'N' Fuel Stop Inc. shall have until August 6,
6   2012 to respond to complaint.

**Date:   7/10/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge