IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    v.<br><br>Jahant Food 'N' Fuel Stop, Inc., Individually and d/b/a Jahant Food 'N' Fuel Stop Inc.; Bachitar Singh, Individually and d/b/a Jahant Food 'N' Fuel Stop Inc.; Sulakhan Singh, Individually and d/b/a Jahant Food 'N' Fuel Stop Inc.; Jaswinder Kaur; Jasbir Kaur,<br><br>        Defendants.<br>_____ | 2:12-cv-00902-GEB-KJN<br><br><u>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE; FED. R. CIV. P.<br>4(M) NOTICE</u> |

        Plaintiff's Status Report filed July 9, 2012, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on July 23, 2012, is continued to October 15, 2012, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

        Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendants Jaswinder Kaur and Jasbir Kaur with process within the 120 day period prescribed in that Rule may result in the unserved defendants being dismissed. To avoid dismissal, on or before August 6, 2012, Plaintiff shall file proof

of service for these defendants or a sufficient explanation why service was not effected within Rule 4(m)'s prescribed service period.

IT IS SO ORDERED.

Dated: July 16, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge