IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Jahant Food 'N' Fuel Stop, Inc., Individually and d/b/a Jahant Food 'N' Fuel Stop Inc.; Bachitar Singh, Individually and d/b/a Jahant Food 'N' Fuel Stop Inc.; Sulakhan Singh, Individually and d/b/a Jahant Food 'N' Fuel Stop Inc.; Jaswinder Kaur; Jasbir Kaur,<br><br>　　　　Defendants. | 2:12-cv-00902-GEB-KJN<br><br>ORDER OF DISMISSAL |

　　　　Plaintiff was required to respond to an Order filed July 16, 2012, by either filing proof that Defendants Jaswinder Kaur and Jasbir Kaur were served with process or a document showing good cause for Plaintiff's failure to serve these Defendants within the 120-day period prescribed in Federal Rule of Civil Procedure 4(m). (ECF No. 13.) This filing was due no later than August 6, 2012. Id. The July 16, 2012 Order warned Plaintiff that failure to make the required showing by the deadline would result in Defendants Jaswinder Kaur and Jasbir Kaur being dismissed from this action.

Plaintiff failed to respond to the July 16, 2012 Order by this deadline. Therefore, Defendants Jaswinder Kaur and Jasbir Kaur are dismissed from this action without prejudice.

IT IS SO ORDERED.

Dated: August 14, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge